IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**UNITED STATES OF AMERICA**

**vs.**                    **3:12-CV-00004-BRW**

**$11,238.23 from LIBERTY BANK ACCOUNT XXXX283, et al.**

## ORDER

Pending is the Government's Motion to Dismiss Complaint (Doc. No. 10). Because a criminal indictment has been filed in the Eastern District of Arkansas in which the assets have been listed in a forfeiture allegation, the Government asks to dismiss that the civil complaint without prejudice. The Motion is GRANTED; the complaint in this case is DISMISSED without prejudice.

IT IS SO ORDERED this 23rd of July, 2012.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE